ACCEPTED
04-14-00338-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/29/2015 2:54:45 PM
KEITH HOTTLE
CLERK

NO. 04-14-00338-CR

| | | |
|---|---|---|
| BENNY CAVASOS VALVERDE, Appellant | § | IN THE COURT OF |
| vs. | § | APPEALS, FOURTH |
| THE STATE OF TEXAS, Appellee | § | COURT OF APPEALS |
| | § | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/29/15 2:54:45 PM
KEITH E. HOTTLE
Clerk

## A MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRFIEF

TO THE HONORABLE COURT OF APPEALS:

Now comes the State of Texas, Appellee in the instant cause, by and through his undersigned counsel, Edward F. Shaughnessy, and files this Appellee's Motion for Extension of Time to File Appellee's Brief. In support of the instant motion the Appellee would show unto this Court the following:

### A.

The Appellant is appealing the judgment of the 290th District Court of Bexar County Texas wherein he was convicted of Murder and sentenced to thirty (30) years of confinement in the Institutional

Division of the Texas Department of Criminal Justice.  Notice of Appeal was filed in a timely fashion in the trial Court.

## B.

The undersigned is serving as a prosecutor *pro tem* pursuant to an appointment by the judge of the 290th District Court of Bexar County due to a conflict of interest on the part of the Criminal District Attorney for Bexar County.  The undersigned did not serve as the prosecutor in the trial Court.

## C.

The Appellant's brief in the instant matter was filed in this Court on June 1, 2015. The Appellee's brief was due to be filed on September 21, 2015.  The Appellee would request a thirty-day extension of time to file the Appellee's brief until October 21, 2015.

## C.

Counsel is in the process of compiling briefs in the following matters:  James Garza v. The State of Texas, Cause No. 04-15-000456-CR and Richard Longoria v. The State of Texas, Cause No. 13-15-00173-CR.

The undersigned is also in the process of compiling a Petition for Discretionary Review in the case of Alvin Valadez v. The State of Texas, Cause No. 04-1400626-CR.

D.

The record of the instant case has been obtained from the office of the Clerk and a review of that record has been undertaken.

E.

The undersigned is also in the process of compiling a proposed order on the post-conviction writ of habeas corpus in the case of Ex Parte Denise Crouch, Cause no. 08-06-9897-1-CR, currently pending before the 38th District Court for Medina County.

PRAYER

Wherefore premises considered, the Appellee would request a sixty day extension of time file the brief in the instant case until October 21, 2015.

Respectfully submitted,

/S/_____

Edward F. Shaughnessy, III
Attorney for the Appellee
206 East Locust Street
San Antonio, Texas 78212
SBN: 18134500
Phone: (210) 212-6700
Fax: (210) 212-2178
Shaughnessy727@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the instant motion was served upon David Schulman, attorney for the appellant by e-mailing the motion to zdrdavida@davidschulman.com on this the 29th day of September, 2015.

/S/_____
Edward F. Shaughnessy, III
Attorney for the Appellant